UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ALONZO A. CURRY, JR. and  (Bankr. Case No. 12-02010)
KARLA D. CURRY,

    Debtors.
_____/

STEPHEN L. LANGELAND, TRUSTEE,

    Plaintiff,  Case No.  1:13-CV-295
    (Adv. Pro. No. 12-80401-jrh)
v.
    HON. GORDON J. QUIST
GHS SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF-TRUSTEE

The Court has reviewed the Report and Recommendation filed by the United States Bankruptcy Judge in this action.  The Report and Recommendation was duly served on Defendant on February 25, 2013.  No objections have been filed pursuant to Fed. R. Bankr. P. 9033.  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (docket no. 1-1), filed February 25, 2013, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in **favor of Plaintiff** and **against Defendant** in the amount of $7,848.00, together with interest at the statutory rate and costs of $293.00 pursuant to 11 U.S.C. § 550.

Dated:  March 26, 2013                                                        /s/ Gordon J. Quist
                                                                                   GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE